**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph Edward Collopy            CHAPTER 13
             Debtor(s)

BKY. NO. 23-12884 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                 Respectfully submitted,

                                 /s/ **Mark A. Cronin**
                                 Mark Cronin
                                 06 Oct 2023, 15:30:58, EDT

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322

Document ID: b79937344201cb0030e2509d4f7d48610d701a7d15ba4859df1cd39bba91575d