Certificate Number: 05781-PAE-DE-037876150

Bankruptcy Case Number: 23-12884



05781-PAE-DE-037876150

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2023, at 5:50 o'clock PM PDT, Joseph Collopy completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 23, 2023                          By:      /s/Allison M Geving

                                                 Name:   Allison M Geving

                                                 Title:   President