UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| IN RE: | Joseph Edward Collopy | : | Chapter 13 | |
| | | : | | |
| | | : | | |
| | Debtor | : | No.: | 23-12884-amc |

## ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7

AND NOW, this  3rd  day of  January , 2024, upon consideration of the Debtor's Notice to Convert Chapter 13 Case to a case under Chapter 7.

That the debtor has made application to the Court pursuant to 11 U.S.C. §1307(a) to convert this case, and it appearing to the Court that the debtor is entitled to be debtor under such chapter.

It is ORDERED that the case be converted to Chapter 7.

_____
Ashely M. Chan
U.S. Bankruptcy Judge

Trustee Scott F. Waterman
Chapter 13 Standing Trustee
P.O. Box 40110
Reading, PA 19606

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

All creditors on Matrix

William D. Schroeder, Jr., Attorney
920 Lenmar Drive
Blue Bell, PA 19422