United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12884-amc |
| Joseph Edward Collopy | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 03, 2024 | Form ID: 210U | Total Noticed: 38 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Edward Collopy, 1940 South Broad Street, Lansdale, PA 19446-5548 |
| 14817467 | + | Amato and Keating, P.C., 107 North Commerce Way, Suite 100, Bethlehem, PA 18017-8913 |
| 14819227 | + | Atlantic States Insurance Co, c/o Leviton Law Firm, Ltd., One Pierce Place, Suite 725 W, Itasca, IL 60143-1253 |
| 14817469 | + | Atlantic States Insurance Co (claim #6), c/o Leviton Law Firm, Ltd., One Pierce Place, Suite 725 W, Itasca, IL 60143-1253 |
| 14823453 | + | Atlantic States Insurance Co., c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 14818857 | | CSU - OUCTS, PA Department of Labor and Industry, c/o Kevin Grem, PO Box 68568, Harrisburg, PA 17106-8568 |
| 14835643 | + | CSU OUCTS, PA Department of Labor and Industry, c/o Christopher E. Polchin, Commonwealth of Pennsylvania, Department of Labor and Industry, 651 Boas Street, 10th Floor Harrisburg, PA 17121-0751 |
| 14818583 | | Commonwealth of PA - UCTS, Department of Labor and Industry, PO Box 68568, Harrisburg, PA 17106-8568 |
| 14819231 | + | HUD, 801 Market Street, Philadelphia, PA 19107-3126 |
| 14822273 | + | Midfirst Bank, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14817480 | | PA Dept. of Labor & Industry, Employer Services, P.O. Box 67504, Harrisburg, PA 17106-7504 |
| 14817669 | + | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107-3126 |
| 14817992 | + | U.S. Department of Housing and Urban Development, 2000 N Classen Blvd Suite 3200, Oklahoma City, OK 73106-6034 |
| 14828342 | + | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 9210, Des Moines, IA 50306-9210 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 04 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 04 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14825577 | | Email/PDF: bncnotices@becket-lee.com | Jan 04 2024 00:51:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14817468 | + | Email/PDF: bncnotices@becket-lee.com | Jan 04 2024 00:35:35 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14817471 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 04 2024 00:21:30 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14817472 | + | Email/Text: mrdiscen@discover.com | Jan 04 2024 00:17:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14817473 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 04 2024 00:17:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14834900 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 04 2024 00:17:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14817474 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 04 2024 00:17:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, |

District/off: 0313-2                                User: admin                                Page 2 of 3
Date Rcvd: Jan 03, 2024                        Form ID: 210U                                Total Noticed: 38

| | | | 16 Mcleland Road, Saint Cloud, MN 56303 |
|---|---|---|---|
| 14817470 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Jan 04 2024 00:21:48 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14835644 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jan 04 2024 00:17:00 | Jefferson Capital Systems LLC, Po Box 772813, Chicago IL 60677-2813 |
| 14817475 | ^ | MEBN | |
| | | Jan 04 2024 00:10:07 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14826175 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jan 04 2024 00:21:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14832431 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | |
| | | Jan 04 2024 00:34:49 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14817479 | | Email/Text: ml-ebn@missionlane.com | |
| | | Jan 04 2024 00:17:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14828325 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jan 04 2024 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14817476 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jan 04 2024 00:17:00 | Midland Credit Mgmt, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 14817477 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jan 04 2024 00:17:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14817478 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | |
| | | Jan 04 2024 00:34:53 | Midland Mortgage Co., P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 14817481 | + | Email/Text: bankruptcygroup@peco-energy.com | |
| | | Jan 04 2024 00:17:00 | PECO, Bankruptcy Group, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14832894 | + | Email/Text: bankruptcygroup@peco-energy.com | |
| | | Jan 04 2024 00:17:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14817483 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | |
| | | Jan 04 2024 00:17:00 | Sunrise Banks, Attn: Bankruptcy, 200 University Avenue West, Saint Paul, MN 55103-2075 |
| 14817484 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | |
| | | Jan 04 2024 00:22:03 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14828203 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | |
| | | Jan 04 2024 00:21:44 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14822251 | | MIDFIRST BANK |
| 14817482 | | Self Financial/lead Ba |
| 14819240 | | Self Financial/lead Ba |
| 14819225 | *+ | Amato and Keating, P.C., 107 North Commerce Way, Suite 100, Bethlehem, PA 18017-8913 |
| 14819226 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14819229 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14819230 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14819232 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14819233 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14819228 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14819234 | *+ | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14819238 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |

District/off: 0313-2                          User: admin                          Page 3 of 3
Date Rcvd: Jan 03, 2024                       Form ID: 210U                        Total Noticed: 38

| | | |
|---|---|---|
| 14833563 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14819235 | *+ | Midland Credit Mgmt, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 14819236 | *+ | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14819237 | * | Midland Mortgage Co., P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 14819239 | *+ | PECO, Bankruptcy Group, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14819241 | *+ | Sunrise Banks, Attn: Bankruptcy, 200 University Avenue West, Saint Paul, MN 55103-2075 |
| 14819242 | *+ | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 3 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER E. POLCHIN | on behalf of Creditor CSU - OUCTS  PA Department of Labor and Industry cpolchin@pa.gov |
| CSU - OUCTS, PA Department of Labor and Industry | ra-li-beto-bankreading@state.pa.us |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM D. SCHROEDER, JR | on behalf of Debtor Joseph Edward Collopy schroeder@jrlaw.org  Healey@jrlaw.org |

TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Joseph Edward Collopy

Case No: 23−12884−amc

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 1/3/24

Timothy B. McGrath
Clerk of Court

31
Form 210U