United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12884-amc |
| Joseph Edward Collopy | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Edward Collopy, 1940 South Broad Street, Lansdale, PA 19446-5548 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 04 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 04 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER E. POLCHIN | on behalf of Creditor CSU - OUCTS  PA Department of Labor and Industry cpolchin@pa.gov |
| CSU - OUCTS, PA Department of Labor and Industry | ra-li-beto-bankreading@state.pa.us |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 3 |

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
    on behalf of Debtor Joseph Edward Collopy schroeder@jrlaw.org  Healey@jrlaw.org

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Joseph Edward Collopy        :   Chapter 13
                                      :
                                      :
               Debtor                 :   No.:   23-12884-amc

### ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7

AND NOW, this   3rd   day of   January  , 2024, upon consideration of the Debtor's Notice to Convert Chapter 13 Case to a case under Chapter 7.

That the debtor has made application to the Court pursuant to 11 U.S.C. §1307(a) to convert this case, and it appearing to the Court that the debtor is entitled to be debtor under such chapter.

It is ORDERED that the case be converted to Chapter 7.

_____
Ashely M. Chan
U.S. Bankruptcy Judge

Trustee Scott F. Waterman
Chapter 13 Standing Trustee
P.O. Box 40110
Reading, PA 19606

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

All creditors on Matrix

William D. Schroeder, Jr., Attorney
920 Lenmar Drive
Blue Bell, PA 19422